USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MATTHEW MAROTTO on behalf of himself, all
others similarly situated, and the general public,

                               Plaintiff,

-against-

KELLOGG COMPANY, KELLOGG USA INC.,
KELLOGG SALES COMPANY, PRINGLES
LLC, and PRINGLES MANUFACTURING CO.,

                               Defendants.
-------------------------------------------------------------- X

**ORDER**

18 Civ. 3545 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The conference scheduled for January 17, 2020, at 10:00am, is adjourned to February 7, 2020, at 10:00am.

SO ORDERED.

Dated:      January 15, 2020
              New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge