# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MATTHEW MAROTTO, on behalf of himself,
  all others similarly situated,
  and the general public

NO. 1:18-cv-03545-AKH
CLASS ACTION
Hon. Alvin K. Hellerstein

v.

KELLOGG COMPANY, et al.

STIPULATION OF
VOLUNTARY DISMISSAL

**TO THE CLERK OF COURT:**

Please take notice that, pursuant to FRCP 41, Plaintiff hereby dismisses this action with prejudice.

Dated: 8/3/2020

John K. Weston
*jweston@sackslaw.com*
SACKS WESTON DIAMOND, LLC
1845 Walnut Street, Suite 1600
Philadelphia, Pennsylvania 19103
(215) 925-8200
*Counsel for Plaintiff*

Dean N. Panos (*pro hac vice*)
*dpanos@jenner.com*
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

JOHN K. WESTON, attorney for Plaintiff, hereby certifies that he caused true and correct copies of the foregoing Notice of Motion for Reconsideration and supporting documents to be served on the following date and to the following individuals by Electronic Court Filing (ECF):

Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
Fax: (312) 527-0484

Elizabeth A. Edmondson (N.Y. Reg. 4705539)
eedmondson@jenner.com
919 Third Avenue
New York, NY 10022
Tel.: (212) 891-1600
Fax: (212) 891-1699

Alexander M. Smith (pro hac vice)
asmith@jenner.com
633 West 5th Street
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199

Attorneys for Defendants

Dated: 8/3/2020            /s/ John K. Weston

                          John K. Weston